# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

AUBREY SKINNER, SUSAN COFFEY
SKINNER, LAURA SKINNER,
ROSHELLE CLELAND,

           **Plaintiffs,**

           v.             Civil No. 08-6145-AA

DHS, LINCOLN COUNTY COURTS, et al,

           **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: July 8, 2008.

SHERYL MC CONNELL, CLERK

by:    /s/ Leslie Engdall
        Leslie Engdall, Deputy

**JUDGMENT**           **DOCUMENT NO:** _____